| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Heffley, Marilyn | 2. Court or Organization United States District Court Room 4001 | 3. Date of Report 05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) MAGISTRATE - FULL TIME | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

7. Chambers or Office Address

UNITED STATES COURTHOUSE
601 MARKET STREET - ROOM 4001
PHILADELPHIA, PA 19106-1768

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EXECUTRIX | ESTATE OF ▓▓▓▓▓▓ |
| 2. TRUSTEE | ▓▓▓▓▓▓ REVOCABLE TRUST |
| 3. BOARD OF DIRECTOR | COMMUNITY LEGAL SERVICES |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | UNITED STATES JUDGES | $182,219.00 |
| 2. | 2015 | ESTATE OF ▮▮▮▮▮▮▮ | $81,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marilyn Heffley Individual NFS (H) | | | | | | | | | |
| 2. -Bank Deposit Sweep Program QPRMQ | A | Interest | K | T | | | | | |
| 3. -Aston/Fairpointe Mid-Cap Fund CI N | | None | | | Buy | 01/06/15 | J | | |
| 4. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 5. | | | | | Sold | 12/01/15 | K | A | |
| 6. -Cambiar Small-Cap Fund CI Investor | | None | | | Buy | 01/06/15 | J | | |
| 7. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 8. | | | | | Sold | 05/19/15 | K | A | |
| 9. -T. Rowe Price Blue Chip Growth Fund | B | Dividend | L | T | Buy | 01/06/15 | J | | |
| 10. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 11. | | | | | Sold (part) | 05/19/15 | J | A | |
| 12. -Tweedy, Browne Global Value Fund | C | Dividend | L | T | Buy | 01/06/15 | J | | |
| 13. | | | | | Sold (part) | 05/19/15 | J | A | |
| 14. -BlackRock PA Municipal Bond Fund Institutional Shares | C | Dividend | L | T | Buy | 01/06/15 | J | | |
| 15. | | | | | Sold (part) | 05/19/15 | J | A | |
| 16. -Harding Loevner Institutional Emerging Markets Portfolio CI I | A | Dividend | K | T | Buy | 01/08/15 | J | | |
| 17. | | | | | Buy (add'l) | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/21/15 | J | A | |
| 19. -John Hancock Funds Strategic Income Opportunities Fund CI I | B | Dividend | K | T | Buy | 01/08/15 | J | | |
| 20. -JPMorgan Equity Income Fund Select CI | B | Dividend | L | T | Buy | 01/15/15 | J | | |
| 21. | | | | | Sold (part) | 05/19/15 | J | A | |
| 22. -Prudential Absolute Return Bond Fund CI Z | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 23. | | | | | Sold (part) | 12/01/15 | K | A | |
| 24. -Zacks Small-Cap Core Fund | | None | K | T | Buy | 05/19/15 | K | | |
| 25. -John Hancock Funds Global Absolute Return Strategies Fund CI I | B | Dividend | K | T | Buy | 05/21/15 | J | | |
| 26. -AllianceBernstein Global Bond Fund Advisor CI | A | Dividend | K | T | Buy | 12/03/15 | K | | |
| 27. -iShares Russell Mid-Cap ETF | A | Dividend | K | T | Buy | 12/03/15 | K | | |
| 28. -BlackRock Strategic Income Opportunities Portfolio CI Institutional | A | Dividend | K | T | Buy | 12/01/15 | K | | |
| 29. -PIMCO All Asset All Authority Fund Institutional CI | A | Dividend | | | Sold | 05/19/15 | K | A | |
| 30. -AQR Managed Futures Strategy Fund CI I | B | Dividend | K | T | Sold (part) | 05/19/15 | J | A | |
| 31. -Legg Mason Bw Global Opportunities Bond Fund CI I | A | Dividend | | | Sold | 12/01/15 | K | A | |
| 32. -American Fundamental Investors CL F2 | A | Dividend | J | T | | | | | |
| 33. -American Growth Fund of America CL F2 | A | Dividend | J | T | | | | | |
| 34. -Prudential Global Real Estate Class Z | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. PNC Savings Account | A | Interest | J | T | | | | | |
| 37. Merrill Edge Cash Management Account | A | Interest | J | T | | | | | |
| 38. Energy Transfer Partners, LP | B | Distribution | K | T | | | | | |
| 39. Fidelity Govt. Money Market Capital Reserves CL FZAXX | A | Interest | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. Marilyn Heffley IRA Rollover (H) | | | | | | | | | |
| 42. -Bank Deposit Sweep Program QPRMQ | A | Interest | K | T | | | | | |
| 43. -Eaton Vance Income Fund Of Boston Cl I | B | Dividend | K | T | Buy | 03/31/15 | J | | |
| 44. -Oppenheimer Developing Markets Fund Cl Y | A | Dividend | K | T | Buy | 03/31/15 | J | | |
| 45. -T. Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | Buy | 03/27/15 | J | | |
| 46. -American Am-Cap Fund F2 | C | Dividend | K | T | | | | | |
| 47. -AQR Managed Futures Fund CL I | B | Dividend | K | T | | | | | |
| 48. -Artisan Mid Cap Value | D | Dividend | K | T | | | | | |
| 49. -Dodge & Cox International Stock Fund | A | Dividend | K | T | | | | | |
| 50. -PIMCO All Asset All Authority-Instit CL | B | Dividend | K | T | | | | | |
| 51. -Undiscovered Managers Behavior Value Institutional | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Equity Income Investor CL | C | Dividend | L | T | | | | | |
| 53. -BlackRock Floating Rate Inc Port Instl | A | Dividend | K | T | | | | | |
| 54. -John Hancock Strategic Income Opportunities CL I | C | Dividend | L | T | | | | | |
| 55. -Templeton Global Bond Advisor Class | A | Dividend | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. Marilyn Heffley IRA Guardian Life Insurance Annuity (H) | | | | | | | | | |
| 58. -BlackRock Captial Appreciation Series I | A | Dividend | J | T | | | | | |
| 59. -BlackRock Large Cap Core CL III | A | Dividend | J | T | | | | | |
| 60. -Columbia Variable Portfolio Seligman GLO | A | Dividend | J | T | | | | | |
| 61. -Columbia Variable Portfolio Small Cap VA | A | Dividend | J | T | | | | | |
| 62. -Fidelity VIP Contrafund SRCL2 | A | Dividend | J | T | | | | | |
| 63. -Fidelity VIP Midcap Port SRCL2 | A | Dividend | J | T | | | | | |
| 64. -Franklin Small Cap Value VIP Fund Class | A | Dividend | J | T | | | | | |
| 65. -Franklin US Government Sercurities VIP FU | A | Dividend | J | T | | | | | |
| 66. -Invesco VI International Growth Series I | A | Dividend | J | T | | | | | |
| 67. -MFS VIT Utilities Series SC | A | Dividend | J | T | | | | | |
| 68. -Oppenheimer Global Strategic Income/VA S | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Oppenheimer Main Street Small Cap Fund/V | A | Dividend | J | T | | | | | |
| 70. -PIMCO Total Return Advisor CL | A | Dividend | J | T | | | | | |
| 71. -Pioneer Disciplined Value VCT Portfolio | A | Dividend | J | T | | | | | |
| 72. -Pioneer Mid Cap Value VCT CL II | A | Dividend | J | T | | | | | |
| 73. -RS INV Quality Bond VIP Series | A | Dividend | J | T | | | | | |
| 74. -RS Large Cap Alpha VIP Series | A | Dividend | J | T | | | | | |
| 75. -RS Low Duration Bond VIP Series | A | Dividend | J | T | | | | | |
| 76. -Wells Fargo VT International Equity Fund | A | Dividend | J | T | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. Marilyn Heffley IRA (H) | D | Distribution | | | | | | | |
| 81. -Bank Deposit Sweep Program QPRMQ | A | Interest | J | T | | | | | |
| 82. -Zacks Small-Cap Core Fund (X) | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 83. -Cambiar Small-Cap Fund CI Investor | | None | | | Sold | 05/20/15 | K | A | |
| 84. -Western Asset Inflation Indexed Plus Bond Fund CL I | A | Dividend | | | Sold | 11/12/15 | J | A | |
| 85. -PIMCO Total Return Fund CL P | B | Dividend | K | T | Sold (part) | 11/12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American AMCAP Fund F2 | C | Dividend | K | T | | | | | |
| 87. -AQR Managed Futures Fund CL I | B | Dividend | K | T | | | | | |
| 88. -Aston/Fairpointe Mid-Cap Fund CL N | A | Dividend | J | T | | | | | |
| 89. -Harding Loevner Institutional Emerging Markets CL I | A | Dividend | J | T | | | | | |
| 90. -John Hancock Global Absolute Return Strategic CL I | B | Dividend | K | T | | | | | |
| 91. -Prudential Global Real Estate Class Z | A | Dividend | J | T | | | | | |
| 92. -Tweedy Browne Global Value Fund | A | Dividend | K | T | | | | | |
| 93. -Vanguard Equity Income Investor CL | B | Dividend | K | T | | | | | |
| 94. -BlackRock Strategic Income Opprtsi Institutional | A | Dividend | K | T | | | | | |
| 95. -Federated Short Term Income FD CL Y | A | Dividend | J | T | | | | | |
| 96. -Goldman Sachs Emerging Markets Debt Instl | A | Dividend | J | T | | | | | |
| 97. -Prudential Absolute Return Bond FD CL Z | A | Dividend | J | T | | | | | |
| 98. -Templeton Global Bond Advisor Class | A | Dividend | K | T | | | | | |
| 99. | | | | | | | | | |
| 100. Marilyn Heffley IRA Guardian Life Insurance (Y) | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. Reed Smith (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Heffley, Marilyn | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SunCoke Energy | A | Dividend | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. Estate of William M. Heffley (H) | E | Distribution | | | | | | | |
| 106. -Fulton Bank (Y) | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. [redacted] Revocable Trust (H) (Y) | | | | | | | | | |
| 109. -Fulton Bank (Y) | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Please note: The Estate of ⬚⬚⬚⬚⬚ reported on Part VII, line #105 was fully distributed during the year. The taxpayer received a final distribution of $37,239 from the estate.

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn Heffley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544